160 A.3d 700

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GABRIEL ROMERO SANCHEZ, DEFENDANT–
PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001034–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 700

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
NORMAN JACKSON, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004767–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.